IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

ROBERT RIDDLE CLINTON,

      Petitioner,

v.                                                                                                Case No. 5D17-0477

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed March 24, 2017

Petition for Belated Appeal
A Case of Original Jurisdiction.

Robert Riddle Clinton, Avon Park, pro se.

Pamela Jo Bondi, Attorney General Tallahassee, and Kaylee Tatman, Assistant Attorney General, Daytona Beach, for Respondent.

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the November 18, 2016, Order Denying Motion for Postconviction Relief, filed in Case Nos. 2007-000425-CFAWS and 2007-000541-CFAWS, in the Circuit Court in and for Volusia County, Florida. See Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

SAWAYA, EVANDER, BERGER, JJ., concur.